IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 16-00142-01-CR-W-DW |
| SARA T. THOMAS, ) | |
| ) | |
| Defendant. ) | |

<u>REPORT AND RECOMMENDATION</u>

On June 7, 2016, defendant filed a motion for judicial determination of mental competency. She was examined by Diana Schoeller Hamilton, Psy.D., a forensic psychologist, who prepared a report dated August 29, 2016, which was received and docketed on September 9, 2016 (document number 16).

On September 21, 2016, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender Ronna Holloman-Hughes. The government was represented by Assistant United States Attorney Jeffrey McCarther. The parties stipulated to the contents and findings of Dr. Hamilton (Tr. at 2).

Based on the uncontroverted evidence stipulated to by counsel in this case, I find that defendant is competent to stand trial and assist in her defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding

defendant competent to stand trial and to assist in her defense.

Counsel waived the 14-day objection period set forth in 28 U.S.C. § 636(b)(1) (Tr. at 2-3). Any objections to this Report and Recommendation shall be filed by September 23, 2016.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
September 22, 2016

2