# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-CR-00142-01-W-DW |
| v. ) | |
| ) | |
| SARA T. THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation. Doc. 19. Judge Larsen ordered that any objection to the Report and Recommendation be filed by September 23, 2016, and no objection has been filed.

After an independent review, the Court ADOPTS the Magistrate's Report and Recommendation. Consequently, it is hereby ORDERED that the Magistrate's Report and Recommendation (Doc. 19) be attached to and made a part of this Order; it is further

ORDERED that the Court finds Defendant Sara T. Thomas to be competent to stand trial and to assist in her defense.

IT IS SO ORDERED.


Date: September 27, 2016                         /s/ Dean Whipple
                                                Dean Whipple
                                                United States District Judge